STATE of Missouri, Respondent,

v.

William G. VANWINKLE, Appellant.

No. WD 68737.

Missouri Court of Appeals,
Western District.

Feb. 17, 2009.

Craig A. Johnston, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

William G. Vanwinkle appeals the circuit court's judgment convicting him of one count of first-degree statutory sodomy and one count of first-degree statutory rape. We affirm. Rule 30.25(b).